# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### CIVIL CASE NO. 3:08cv601

| | |
|---|---|
| MAURICE CRAIG SLOAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| AMERICAN UNITED LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court *sua sponte* to ascertain the status of the case.

The Plaintiff initiated this action for long term disability benefits pursuant to the Employee Retirement Income Security Act (ERISA), 29 U.S.C. §1001, *et. seq.*, on December 23, 2008. [Doc. 1]. The Defendant filed its Answer on January 22, 2009 and on the same date, its attorney filed a Notice of Appearance. [Docs. 3, 5].

The Court will require the parties to comply with Local Rule 16.1 by conducting an Initial Attorneys' Conference. To the extent that certain

portions of the Certificate of Initial Attorneys' Conference do not apply to this ERISA action, the parties may modify the Certificate. The parties shall include in that Certificate a proposed deadline for filing the administrative record and proposed deadlines for the filing of briefs.

**IT IS, THEREFORE, ORDERED** that on or before fifteen (15) days from entry of this Order, the parties shall file a Certificate of Initial Attorneys' Conference pursuant to Local Rule 16.1 in compliance with the provisions of this Order.

Signed: February 20, 2009

Martin Reidinger
United States District Judge