# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv601

| | |
|---|---|
| MAURICE CRAIG SLOAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| AMERICAN UNITED LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court upon the Court having been informed by counsel for the Plaintiff that the matter has been settled and that the parties are preparing settlement documents which will allow for the dismissal of this claim.

The Court will, therefore, require the parties to file a stipulation of dismissal on or before thirty days from entry of this Order. The parties are reminded that the stipulation of dismissal must be signed by counsel for each party appearing in the action.

**IT IS, THEREFORE, ORDERED** that on or before thirty (30) days from entry of this Order, the parties shall file their stipulation of dismissal in this matter.

Martin Reidinger
United States District Judge

Signed: February 24, 2009